```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 08549
    BERTHA DE AVILA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4804

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 04/09/2008 and was not confirmed.

    The case was dismissed without confirmation 10/20/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
-----------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG          .00          .00          .00
LITTON LOAN SERVICING    MORTGAGE ARRE          .00          .00          .00
WACHOVIA BANK            SECURED VEHIC          .00          .00          .00
INTERNAL REVENUE SERVICE PRIORITY            830.91          .00          .00
ASSOCIATE AREA COUNSEL   NOTICE ONLY      NOT FILED          .00          .00
D PATRICK MULLARKEY      NOTICE ONLY      NOT FILED          .00          .00
UNITED STATES ATTORNEY   NOTICE ONLY      NOT FILED          .00          .00
ASSOCIATE AREA COUNSEL   NOTICE ONLY      NOT FILED          .00          .00
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED          .00          .00
PIERCE & ASSOC           MORTGAGE NOTI    NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER       359.72          .00          .00
LITTON LOAN SERVICING    NOTICE ONLY      NOT FILED          .00          .00
FIRST MIDWEST BANK N A   MORTGAGE NOTI    NOT FILED          .00          .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY        3,306.33                 2,956.14
TOM VAUGHN               TRUSTEE                                       229.36
DEBTOR REFUND            REFUND                                        415.50

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              3,601.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,956.14
TRUSTEE COMPENSATION                           229.36
DEBTOR REFUND                                  415.50
                     --------------       --------------
TOTALS               3,601.00                3,601.00



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08549 BERTHA DE AVILA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 08549 BERTHA DE AVILA